# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 14-46419-659 |
| | ) Honorable Kathy A. Surratt-States |
| SEAD AND EKREMA BAKRAC, | ) Chapter 7 |
| | ) |
| Debtors. | ) **ORDER GRANTING** |
| | ) **TRUSTEE'S MOTION TO COMPEL** |
| | ) |
| | ) Hearing Date: April 20, 2015 |
| | ) Hearing Time: 10:00 a.m. |

## ORDER

Trustee's Motion to Compel ("Motion") having been presented for hearing; the Court being duly advised in the premises, finds good cause shown to grant the Motion; therefore,

IT IS HEREBY ORDERED that the Trustee's Motion to Compel is GRANTED; and

IT IS FURTHER ORDERED that Debtors shall, within ten (10) days after entry of this Order, to either: (i) cooperate with Trustee and his real estate agent, in every respect, concerning the sale of the Real Property located at 6038 Southcrest Way Saint Louis, Missouri 63129, including, but not limited to, allowing the realtor to enter the premises to obtain specifications for listing materials, placing a sign in the yard, regularly paying the bills, maintaining the property in its present condition, maintaining adequate insurance, leaving the premises when the real estate agent is showing the residence to potential buyers, vacating the premises when the Real Property is sold, and leaving the Real Property in a swept and reasonably clean condition; or (ii) vacate the premises.

_KATHY A. SURRATT-STATES_
Chief United States Bankruptcy Judge

DATED: April 16, 2015
St. Louis, Missouri
jjh

Order Prepared By:

Brian J. LaFlamme
8909 Ladue Road
St. Louis, MO 63124


Copies to:

United States Department of Justice
U.S. Trustee's Office
111 S. 10th Street, Ste. 6353
St. Louis, MO 63102

John C. Caraker
1113 Mississippi Avenue
Suite 105
St. Louis, MO 63104

Sead and Ekrema Bakrac
6038 Southwest Way
St. Louis, MO 63129

Bank of the Midwest
P.O. Box 4024
Alameda, CA 94501-0424

Citimortgage, Inc.
P.O. Box 6278
Sioux Falls, SD 57117-6279

Fifth Third Bank
P.O. Box 670778
Cincinnati, OH 45263-0778

David A. Sosne
8909 Ladue Road
St. Louis, MO 63124